1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                                      Plaintiff,          Case No. CR20-034

10          v.                                             **DETENTION ORDER**

11  STEPHEN W. NOEL,

12                                      Defendant.

13          The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18          **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19          (1)     Defendant has been charged by indictment with count1: felon in possession of a

20  firearm, count 2: possession of methamphetamine with intent to distribute, count 3: possession of

21  a firearm in furtherance of a drug trafficking crime with asset forfeiture allegations.   Defendant

22  has prior criminal convictions for felony offenses.  Defendant has prior failures to appear, non-

23  compliance while on supervision, commission of offenses while on supervision, multiple aliases

DETENTION ORDER - 1

and dates of birth, and possible substance use.  The Court received information about defendant's

personal history, residence, family or community ties, employment history, financial status,

health, and substance use.  The defendant through his attorney made no argument as to release,

lodged no objections to the contents of the United States Probation and Pretrial report, and

stipulated to detention.  The defendant moved to allow the defendant to revisit the issue of

detention if additional information becomes available.  The government did not objection to this

motion.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent

practicable, from persons awaiting or serving sentences, or being held in custody pending

appeal;

(2)     Defendant is granted leave to file a motion to reopen the detention hearing should

additional information become available.  This hearing may occur before any Magistrate

Judge available to hear said motion.

(3)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(4)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of any

appearance in connection with a court proceeding; and

(5)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of August, 2020.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 3