THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEPHEN W. NOEL,<br><br>                    Defendant. | CASE NO. CR20-0034-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Stephen Noel's unopposed motion to proceed with a guilty plea hearing by video conference (Dkt. No. 19). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I.    **BACKGROUND**

Mr. Noel has been charged with possessing methamphetamine with intent to distribute, possessing a firearm in furtherance of a drug trafficking crime, and being a felon in possession of a firearm. (Dkt. No. 1 at 1–3.) He would like to plead guilty and proceed with the plea hearing by video conference. (Dkt. No. 19.)

II.    **DISCUSSION**

Delaying Mr. Noel's plea hearing would cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-20, 17-20, 06-21. Under General Order

04-21, in-person proceedings will not resume until May 3, 2021, and even then, the Court will be strictly limiting the number of people who can attend those proceedings. *See* W.D. Wash. General Order 04-21 at 2. Delaying Mr. Noel's plea hearing and, as a consequence, his sentencing, by several weeks would cause serious harm to the interests of justice because Mr. Noel has a strong interest in the speedy resolution of this matter now that he has decided to plead guilty. In addition, Mr. Noel's counsel represents that he has a serious medical condition that the Bureau of Prisons cannot or will not address until he is sentenced. (Dkt. No. 19 at 2.) The Government does not oppose proceeding by video. (*See* Dkt. No. 19 at 1.)

### III.  CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant Stephen Noel's motion to proceed with a guilty plea by video conference (Dkt. No. 19) and ORDERS that Mr. Noel's plea hearing be scheduled before a Magistrate Judge as soon as practicable and be conducted by video conference.

DATED this 8th day of April 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE